BALDWIN v. PERRY.

occurrence on 14 June, said, "I am not surprised, I knowed the tongue was cracked. I think it was cracked that day we were loading the stumps."

At the close of plaintiff's evidence the defendant moved for judgment as of nonsuit. The motion was allowed and the plaintiff appeals, assigning error.

*Long, Ridge, Harris & Walker, for plaintiff.*
*Sanders & Holt, for defendant.*

---

BENJAMIN N. BALDWIN v. RUSSELL NOLAN PERRY

(Filed 10 January, 1958.)

APPEAL by plaintiff from *Craven, Special Judge,* and a jury, January, 1957, Civil Term of ORANGE.

*James R. Farlow for plaintiff, appellant.*
*J. Q. LeGrand for defendant, appellee.*

PER CURIAM. This is a civil action in tort involving a motor vehicle collision at a street intersection in Chapel Hill. The jury answered the issues of negligence and contributory negligence in the affirmative, and from judgment in favor of the defendant, the plaintiff appeals.

The plaintiff's assignments of error have been examined with care. They involve only the application of established principles of law which need no further elaboration or discussion. Prejudicial error has not been made to appear. The trial and judgment will be upheld.

No error.